In the Matter of the Estate of RITA DELORENZO, Deceased. JOYA PATERSON et al., Respondents; SUN LIFE INSURANCE AND ANNUITY COMPANY OF NEW YORK, Appellant.

Submitted January 4, 2010; decided February 23, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of ANTHONY DiSIMONE, Appellant, v LESTER B. ADLER et al., Respondents.

Decided February 23, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of BERNHARD CHRISTIAN HELGASON, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent.

BERNHARD CHRISTIAN HELGASON, Appellant, v STATE OF NEW YORK (DIVISION OF HOUSING AND COMMUNITY RENEWAL), Respondent.

Submitted December 28, 2009; decided February 23, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601). Motion for leave to appeal denied.